| | |
|---|---|
| **AMILYA GIRGUS,** | UNITED STATES DISTRICT COURT |
| | DISTRICT OF NEW JERSEY |
| **Plaintiff(s),** | |
| | Hon. Harold A. Ackerman |
| -vs- | Civil Action No. 05-4253 (HAA) |
| | |
| **TRANSAMERICA INSURANCE AND INVESTMENT GROUP,** | <u>ORDER SCHEDULING CONFERENCE</u> |
| | |
| **Defendant(s).** | |

**IT IS on this 27th day of October, 2005**

**ORDERED** that there shall be a status/settlement conference before the undersigned on **Tuesday, November 15, 2005** at **3:00 p.m.** at the U.S. Post Office and Courthouse, 1 Federal Square, Fourth Floor, Room 457, Newark, New Jersey. All parties with full settlement authority are required to be present at the conference. Failure to appear in person will result in sanctions, including dismissal of a party's pleadings.

s/Mark Falk
**MARK FALK**
**United States Magistrate Judge**

Orig.: Clerk of the Court
cc:   Hon. Harold A. Ackerman, U.S.D.J.
      All Parties
      File